**Myrna S. MILLAR,**
**Petitioner/Respondent,**

v.

**Kenneth MILLAR,**
**Respondent/Appellant.**

**No. WD No. 33337.**

Missouri Court of Appeals,
Western District.

Oct. 5, 1982.

Michael W. Manners, Independence, for respondent/appellant.

Hugh F. O'Donnell, Kansas City, for respondent/appellant.

Before MANFORD, P.J., and WASSERSTROM, and KENNEDY, JJ.

ORDER

PER CURIAM:

Direct appeal from decree of dissolution. Judgment affirmed, Rule 84.16(b).